O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, West District,
Santa Monica, No. 13R05223

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE IN-SITE REALTY ASSOCIATES, INC., dba FUTURE VISION DEVELOPMENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALAN TRUST; Alan Scott; YOHKO SCOTT,<br><br>Defendants. | Case No. CV 13-08752 DDP (AGRx)<br><br>**ORDER REMANDING CASE** |

    This is an unlawful detainer action concerning real property located at 8220 Jason Ave, Canoga Park, CA 91304. The case was initially filed by Plaintiffs on July 8, 2013 in Los Angeles County Superior Court, with Case Number 13-05223. Defendants removed the case to this court on September 9, 2013, where it was given Case Number 13-06584. On November 5, 2013, this court remanded the case to Los Angeles Country Superior Court for lack of subject matter jurisdiction. (Case Number 13-06584, DKT No. 12.) On November 26, Defendants removed the case for a second time to this court. The bases asserted by Defendants for federal jurisdiction are identical

1 | to those which the court rejected when it previously remanded this
2 | suit. For the same reasons set out in its earlier order remanding
3 | the case, this court hereby REMANDS this case to Los Angeles County
4 | Superior Court.

6 | IT IS SO ORDERED.

8 | Dated: December 18, 2013

　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge